# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☐ Diversity

    ☐ Federal Question

    ☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer

      Thyroid Disease
      Ulcerative Colitis
      Liver Cancer
      Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    Other Causes of Action:
    Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: August 29, 2025

                                                      Respectfully Submitted,

                                                       */s/ Devin Bolton*
                                                       Devin Bolton
                                                       WEITZ & LUXENBERG, PC
                                                       1880 Century Park E, STE 700
                                                       Los Angeles, CA 90067
                                                       Tel: (212) 558-5552
                                                       dbolton@weitzlux.com

                                                       *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Barker, Curtis | 10/10/1959 | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Barksdale, Kennel | 6/29/1962 | Missouri | Eastern District of Missouri (E.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Barnes, Birgit | 1/21/1957 | Illinois | Southern District of Illinois: Benton Division (S.D. Ill.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Barnes, James | 10/17/1968 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Barnfather, Holly | 1/31/1973 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Barona, Hildegard | 12/30/1961 | Hawaii | Hawaii (D. Haw.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Barr, Michael | 12/29/1969 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Barrera, Madeline | 9/14/1953 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Barrington, Maria | 9/23/1978 | Florida | Northern District of Florida: Gainesville Division (N.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Barron, Laura | 4/24/1963 | Georgia | Middle District of Georgia: Valdosta Division (M.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Bartley, Brandy | 8/6/1974 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Bartsch, Will | 10/7/1982 | Maine | Maine (D. Me.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Bashour, Shadi | 5/25/1976 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Bateman, Stephen | 6/17/1978 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Batiz, David | 10/30/1966 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Battenfield, Cynthia | 7/18/1955 | Tennessee | Middle District of Tennessee: Northeastern Division (M.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Battershell, Richard | 12/26/1965 | Tennessee | Eastern District of Tennessee: Northern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Baxter, Annemarie | 11/28/1968 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Bayles, Donald | 8/20/1956 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Bays, Nancy | 10/31/1970 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Bazzi, Wadah | 9/5/1962 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Beach, Patricia | 5/9/1961 | Louisiana | Western District of Louisiana (W.D. La.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Bearce, Janet | 11/3/1959 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Beard, Bridgette | 12/3/1967 | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Beard, Joseph | 11/27/1958 | Alabama | Middle District of Alabama: Eastern Division (M.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Beasley, Lekeshia | 11/1/1991 | Georgia | Middle District of Georgia: Columbus Division (M.D. Ga.) | No | Yes | No | Testicular Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Beauchamp, Rayna | 1/23/1970 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Thyroid Disease, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Beaudoin, Kevin | 5/13/1974 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Beaver, Joseph | 3/17/1979 | Georgia | Middle District of Georgia: Valdosta Division (M.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Beavers, Bobby | 10/2/1954 | Kentucky | Western District of Kentucky: Paducah Division (W.D. Ky.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Beavin, Nicole | 12/2/1951 | Texas | Western District of Texas: San Antonio Division (W.D. Tex.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Beck, Alexa | 10/16/1995 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Beckhart, Gayle | 12/30/1963 | Colorado | Colorado: Colorado Springs Division (D. Colo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Beckhoff, Leslie | 3/23/1962 | Arizona | Arizona: Phoneix Division (D. Ariz.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Beehler, Blake | 2/17/1993 | Michigan | Eastern District of Michigan: Northern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Beeman, Michael | 6/30/1953 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Beene, Huston | 4/17/1967 | Oregon | Oregon: Portland Division (D. Ore.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Beeny, Cindy | 9/15/1973 | Utah | Utah: Central Division (D. Utah) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Beers, Kim | 9/15/1966 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Kidney Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Beerwart, David | 3/4/1968 | Indiana | Northern District of Indiana: South Bend Division (N.D. Ind.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Beetham, Sarah | 11/24/1987 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Beets, Cameron | 4/10/1982 | Nevada | Nevada (D. Nev.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Begay, Earl | 10/4/1972 | Arizona | Arizona: Prescott Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Begin, Mark | 11/21/1959 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Bekiaris, Jill | 5/13/1985 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Belanger, Timothy | 10/23/1991 | North Carolina | Middle District of North Carolina: Rockingham Division (M.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 47. | Belcher, Clevonne | 6/5/1973 | Mississippi | Northern District of Mississippi: Oxford Division (N.D. Miss.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Bell, Carnell | 2/7/1981 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Bell, Todd | 8/12/1969 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Bellamy, Calvin | 4/1/1961 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Bellamy, Lacey | 6/11/1982 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Testicular Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Bellino, Louis | 7/20/1966 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Belnavis, Sharon | 7/11/1954 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Bender, Kevin | 6/18/1966 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Benfield, Jennifer | 11/2/1986 | North Carolina | Western District of North Carolina: Statesville Division (W.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Benitez, Alberto | 3/27/1964 | Texas | Southern District of Texas: Corpus Christi Division (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Bennett, Tracie | 9/25/1973 | Iowa | Southern District of Iowa: Central Division (S.D. Iowa) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Benson, Katrina | 4/16/1972 | California | Northern District of California: | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Oakland Division (N.D. Cal.) | | | | | |
| 59. | Berardinelli, Oscar | 11/3/1975 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Liver Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Berenson, Darryl | 5/18/1963 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Berg, Kenneth | 1/14/1973 | South Carolina | South Carolina: Columbia Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Bergerson, Gerald | 2/15/1967 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Bergman, Timothy | 7/29/1955 | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Bergstrom, Denise | 8/20/1984 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Berkey, Frank | 8/29/1954 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Bernal, Raul | 12/20/1955 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Bernal, Tim | 10/13/1957 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Bernard, John | 4/10/1957 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Bernard, Scott | 8/9/1957 | Texas | Eastern District of Texas: Beaumont Division (E.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Bernardini, Miguel | 10/24/1968 | South Carolina | South Carolina: Beaufort Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Bernier, Louise | 3/26/1960 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Berntsen, Kenneth | 9/11/1953 | Minnesota | Minnesota: Minneapolis Division (D. Minn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Bertram, Bruce | 9/28/1970 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Other | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Bertrand, Terry | 7/8/1948 | Missouri | Eastern District of Missouri: Northern Division (E.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Bess, William | 6/13/1936 | Oklahoma | Northern District of Oklahoma (N.D. Okla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Besson, Denise | 2/26/1961 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Bice, Joseph | 6/2/1989 | Arkansas | Eastern District of Arkansas: Western Division (E.D. Ark.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Bice, Michael | 6/19/1960 | South Dakota | South Dakota (D.S.D.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Bichler, Andrew | 7/31/1966 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Biemann, Paula | 8/2/1973 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Biles, William | 8/7/1970 | West Virginia | Southern District of West Virginia: Charleston Division (S.D. W.Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Billington, David | 5/15/1975 | Michigan | Eastern District of Michigan: | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Southern Division (E.D. Mich.) | | | | | |
| 83. | Birl, Lillian | 8/28/1965 | Alabama | Northern District of Alabama: Southern Division (N.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Bishop, Hailey | 2/14/2002 | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Bishop, Judah | 2/10/1995 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Bishop, Mark | 7/13/1965 | Georgia | Northern District of Georgia: Gainesville Division (N.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Bishop, Nicholas | 6/15/1949 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Bishop Sr., Gerald | 7/17/1959 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Liver Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Bittenbender, Amber | 10/11/1991 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Black, Donpierre | 1/19/1986 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Black, Robert | 1/4/1953 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Black, Tonna | 5/30/1967 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 93. | Blackwell, Cheryl | 4/22/1956 | Louisiana | Eastern District of Louisiana (E.D. La.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Blades, Donald | 6/18/1984 | Illinois | Southern District of Illinois: Benton Division (S.D. Ill.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Blais Jr., Bruce | 2/12/1978 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Blakeley, Tammy | 6/9/1967 | Texas | Eastern District of Texas: Tyler Division (E.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Blalock, Curtina | 8/31/1986 | Texas | Eastern District of Texas: Sherman Division (E.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Blasich, Christine | 5/24/1966 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Blevins, Destiny | 2/11/1988 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Blevins, Misti | 2/20/1974 | Iowa | Southern District of Iowa: Western Division (S.D. Iowa) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Blinn, Arthur | 8/31/1944 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Block, Mark | 4/23/1957 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Bloss, James | 10/1/1974 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Blount, Tony | 5/21/1966 | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Blum, Cheryl | 3/31/1959 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Blumetti, Jeffrey | 6/11/1969 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Boccellato, Joseph | 11/1/1977 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Thyroid Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Bodey, Anthony | 12/29/1960 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Boffi, Oliver | 5/12/1974 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Bogan, Rhett | 5/25/1953 | Delaware | Delaware (D. Del.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Boggs, Randy | 3/14/1957 | Kentucky | Eastern District of Kentucky: Pikeville Division (E.D. Ky.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Bohorquez, Ella | 9/15/2001 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Bolton, Raniqua | 4/19/1986 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Bonacorsi, Cheryl | 8/26/1947 | New Hampshire | New Hampshire (D.N.H.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Bonafede, Ann | 3/6/1947 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Bonanno, John | 12/14/1962 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Bond-Smith, Renee | 8/7/1973 | Mississippi | Northern District of Mississippi: Oxford Division (N.D. Miss.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Bonuales, Heather | 3/7/1981 | Utah | Utah: Central Division (D. Utah) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | Boodaghian, Peter | 10/17/1967 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Booher, Kendra | 5/2/1972 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Boone, Chad | 10/12/1975 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Boone, Danie | 4/16/1961 | North Carolina | Western District of North Carolina: Statesville Division (W.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Boone, Vernon | 3/14/1960 | North Carolina | Eastern District of North Carolina: Northern Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Booth, Ruby | 8/17/1956 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Booth, Trish | 8/15/1973 | Arizona | Arizona: Phoneix Division (D. Ariz.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Borja, Gerri | 6/13/1955 | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Borozzi, Deborah | 11/3/1955 | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | Yes | No | Kidney Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Bosch, Thomas | 1/2/1952 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Boswell, Kristina | 7/22/1985 | Oregon | Oregon: Eugene Division (D. Ore.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Botbyl, Alfred | 9/4/1962 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Bougher, James | 11/6/1963 | Indiana | Southern District of Indiana (S.D. Ind.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Bowen, Cynthia | 3/29/1968 | Kentucky | Western District of Kentucky: Louisville Division (W.D. Ky.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Bowers, Michele | 6/3/1978 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Bowman, William | 6/27/1949 | Oregon | Oregon: Eugene Division (D. Ore.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Boyce, Kelly | 6/5/1990 | South Carolina | South Carolina: Greenwood Division (D.S.C.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Boyd, Gerald | 1/17/1942 | Georgia | Middle District of Georgia: Columbus Division (M.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Boyd, Pretty | 12/9/1979 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Boyett, Cr | 6/8/1970 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Boyett, Nathaniel | 4/2/1981 | Indiana | Southern District of Indiana: Evansville Division (S.D. Ind.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Boykin, Gloria | 7/21/1950 | Alabama | Southern District of Alabama: Selma Division (S.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Boyle, Brian | 11/6/1993 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Brackett, Beverly | 12/19/1972 | Alabama | Northern District of Alabama: Southern Division (N.D. Ala.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | Bradish, Michael | 2/22/1961 | Texas | Western District of Texas: San Antonio Division (W.D. Tex.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |